OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

PRESORTED FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.26⁵
02 1W
0001401623 MAY. 20. 2015.

**5/20/2015**
**WILLIAMS, BILLY**          Tr. Ct. No. 872483-A                    **WR-82,914-01**
On this day, the application for writ of habeas corpus is dismissed as moot.

Abel Acosta, Clerk

RTS
Not on
unit

BILLY WILLIAMS
POLUNSKY UNIT - TDC # 1042330
3872 FM 350 S.
LIVINGSTON, TX 77351

REF